**Order entered October 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00194-CR

### EDWARD LAMAR PORTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00712-T

## ORDER

Before the Court is appellant's October 3, 2019 motion to supplement the clerk's record and request for a new due date for appellant's brief. In his motion, appellant represents he was originally indicted under cause no. F18-75046-T. Subsequently, cause no. F18-75046-T was dismissed and appellant was re-indicted under the present cause number. Appellant represents that although the trial court adopted the proceedings under cause no. F18-75046-T to include within cause no. F18-00712-T, none of the proceedings in cause no. F18-75046-T appear in the appellate record. Appellant also represents that the reporter's record contains references to pretrial proceedings that may have occurred in cause no. F18-75046-T and are not included in the reporter's record for this appeal. We **GRANT** the motion.

We **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing all documents filed in cause no. F18-75046-T.

We **ORDER** Official Court Reporter Vearneas W. Faggett to file, within **THIRTY DAYS** of the date of this order, either a supplemental reporter's record containing all proceedings reported in cause no. F18-75046-T or else a letter verifying that there were no reported proceedings n cause no. F18-75046-T.

We **EXTEND** the time to file appellant's brief until **SIXTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Vearneas W. Faggett, official court reporter, 283rd Judicial District Court; and to counsel for the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE